IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

v.                                          CASE NO. 4:09cv170-SPM/WCS

CITY OF TALLAHASSEE,

    Defendant,
_____/

## ORDER

THIS CAUSE comes before the Court on the untitled document submitted by Plaintiff. Doc. 8. The Court will treat the document as a motion for reconsideration. The motion is incomprehensible. Accordingly, it is

ORDERED AND ADJUDGED: the motion for reconsideration (doc. 8) is denied.

DONE AND ORDERED this 2nd day of July, 2009.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge