IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

    Plaintiff,

v.                                              CASE NO. 4:09cv170-SPM/WCS

CITY OF TALLAHASSEE,

    Defendant,
_____/

## ORDER

    THIS CAUSE comes before the Court on four letters filed by Plaintiff Vicki Williams (docs. 10-13). The letters are incomprehensible.

    This case has already been dismissed, and reconsideration has been denied. See docs. 6-9. Accordingly, no action will be taken on the letters (doc. 10-13).

    DONE AND ORDERED this 8th day of July, 2009.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Chief United States District Judge